NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAYMOND E. MABUS, SECRETARY OF THE NAVY,**
*Appellant,*

**v.**

**RAYTHEON MISSILE SYSTEMS,**
*Appellee.*

..........................................

**RAYMOND E. MABUS, SECRETARY OF THE NAVY,**
*Appellee,*

**v.**

**RAYTHEON MISSILE SYSTEMS,**
*Appellant.*

---

2013-1677, 2014-1004

---

Appeals from the Armed Services Board of Contract Appeals in No. 57594, Administrative Judge Craig S. Clarke.

---

**ON MOTION**

---

2                    MABUS v. RAYTHEON MISSILE SYSTEMS

# O R D E R

The parties move to voluntarily dismiss these appeals without prejudice.

Upon consideration thereof,

IT IS ORDERED THAT:

1)   The motion is granted.  The appeals are dismissed without prejudice.

2)   Each side shall bear its own costs.

3)   All pending motions are denied as moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25

ISSUED AS A MANDATE: December 30, 2013